WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PETER J. GUTOWSKI
WAYNE D. MEEHAN*
DON P. MURNANE, JR.⌂
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*⌂
WILLIAM J. PALLAS*
GINA M. VENEZIA°⌂
JUSTIN T. NASTRO*
MANUEL A. MOLINA
DANIEL J. FITZGERALD*†⌂
BARBARA G. CARNEVALE*
ERIC J. MATHESON*
MICHAEL D. TUCKER*◊
RYAN BYRNES*
WILLIAM H. YOST*
J. TANNER HONEA*^
YAAKOV U. ADLER
MICHAEL J. DEHART
ADAM DEITZ†
MATTHEW J. PALLAY*
CODY KING

\* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
⌂ ALSO ADMITTED IN WASHINGTON, D.C.
° ALSO ADMITTED IN LOUISIANA
◊ ALSO ADMITTED IN PENNSYLVANIA
^ ALSO ADMITTED IN TEXAS

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

October 2, 2020

NEW JERSEY OFFICE
103 EISENHOWER PARKWAY, SUITE 400
ROSELAND, N.J. 07068
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

_____

CONNECTICUT OFFICE
246 MARGHERITA LAWN
STRATFORD, CT 06615
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

_____

OF COUNSEL
GEORGE B. FREEHILL
PATRICK J. BONNER*
MARK F. MULLER
HILARY K. JONCZAK‡

‡ ADMITTED IN FLORIDA ONLY. PRACTICE
LIMITED TO FEDERAL ADMINISTRATIVE LAW

FHM Ref: 12-14/JJW

10/9/2020
The pending motions are marked off the calendar. The matter has been settled but Bouchard has declared bankruptcy. SO ORDERED.

*Paul A. Crotty*

**Via ECF**
Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, NY  10007-1312

Re:   ***Power Authority of the State of New York
      v. The Tug M/V Ellen S. Bouchard, et al.,***
      U.S.D.C., S.D.N.Y., No. 14-cv-0617 (PAC)

      ***In re Bouchard Transp. Co., Inc., et al.,***
      U.S.D.C., S.D.N.Y. No. 14-cv-1262 (PAC)

      ***Power Authority of the State of New York
      v. The Tug M/V Ellen S. Bouchard, et al.,***
      U.S.D.C., S.D.N.Y., No. 14-cv-4462 (PAC)
      ---------------------------------------------------------

Dear Judge Crotty:

      We represent the Bouchard entities involved in the captioned litigation. Counsel for Cable Interests wrote to the Court on September 25th advising that the parties had reached a settlement and indicating that the parties intended to submit a proposed Consent Order for the Court's consideration.  The settlement has been paid, but since the filing of Cable Interests' September 25th letter, the Bouchard entities involved in this case have filed for bankruptcy protection pursuant to Chapter 11 in the United States Bankruptcy Court for the Southern District of Texas.  Based on the automatic stay, we are unable to file the consent order at this time.

533610.1

We will monitor the bankruptcy proceedings and advise the Court of any changes in status.

        Respectfully submitted,
        FREEHILL HOGAN & MAHAR LLP

        Wayne D. Meehan

WDM:ac