UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Power Authority of the State of New York, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CASE NO.** 14-cv-0617 (PAC) |
| | : | |
| The tug *M/V ELLEN S. BOUCHARD*, and the barge | : | |
| *B. NO. 280*, their engines, apparel, tackle, boats, | : | |
| appurtenances, etc., *in rem*, and Bouchard | : | |
| Transportation Co., Inc., Motor Tug Ellen S. | : | |
| Bouchard, Inc., and B. No. 280 Corp., *in personam*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| IN THE MATTER OF THE COMPLAINT OF | : | |
| | : | |
| BOUCHARD   TRANSPORTATION   CO.,   INC., | : | |
| MOTOR TUG ELLEN S. BOUCHARD INC., and B. | : | |
| NO. 280 CORPORATION, | : | **CASE NO.** 14-cv-1262 (PAC) |
| | : | |
| AS OWNERS, OWNERS *PRO HAC VICE*, AND | : | |
| OPERATORS OF THE: | : | |
| | : | |
| BARGE  B.  NO.  280  and  TUG  ELLEN  S. | : | |
| BOUCHARD | : | |
| | : | |
| Power Authority of the State of New York, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CASE NO.** 14-cv-4462 (PAC) |
| | : | |
| The tug *M/V ELLEN S. BOUCHARD*, and the barge | : | |
| *B. NO. 280*, their engines, apparel, tackle, boats, | : | |
| appurtenances, etc., *in rem*, and Bouchard | : | |
| Transportation Co., Inc., Motor Tug Ellen S. | : | |
| Bouchard, Inc., and B. No. 280 Corp., *in personam*, | : | |
| | : | |
| Defendants. | : | |

## ~~[PROPOSED]~~ CONSENT ORDER OF DISMISSAL WITH PREJUDICE

These cases came before the Court upon the statements of counsel and the entire record of these matters.

The Court has been advised by counsel that all matters and controversies in these cases have been resolved and that the cases have been settled.

IT IS THEREFORE ORDERED THAT as to *Power Authority of the State of New York v. M/V ELLEN S. BOUCHARD, and the Barge B No. 280, their engines, apparel, tackle, boats, appurtenances, etc., in rem, and Bouchard Transportation Co., Inc., Motor Tug Ellen S. Bouchard, Inc., and B No. 280 Corp., in personam*, Case No. 1:14-cv-00617 (PAC) all claims asserted by the Plaintiff against the Defendants in this case are dismissed with prejudice and that each party will bear their respective fees and costs; and,

IT IS FURTHER ORDERED THAT as to *In re Bouchard Transportation Co., Inc., Motor Tug Ellen S. Bouchard, Inc. and B. No. 280 Corporation, as Owners, Owners Pro Hac Vice, and Operators of the: Barge B No. 280 and Tug Ellen S. Bouchard*, Case No. 1:14-cv-01262 (PAC) all claims asserted by the Limitation Plaintiffs and Limitation Defendants/Claimants in this case are dismissed with prejudice and that each party will bear their respective fees and costs; and,

IT IS FURTHER ORDERED THAT in  Case No. 1:14-cv-01262 (PAC), the Amended Ad Interim Stipulation for Value in the Form of a Letter of Undertaking (Doc. No. 58), dated August 28, 2014, submitted by the American Steamship Owners Mutual Protection and Indemnity Association, Inc. ("American Club") as its undertaking for the value of the Tug Ellen S. Bouchard in principal amount of $4,088,200 to stand as security for claims asserted in this action is and shall be rescinded, shall be deemed to be fully discharged and shall thereafter be considered to be null and void; and,

IT IS FURTHER ORDERED THAT in  Case No. 1:14-cv-01262 (PAC), the Amended Ad Interim Stipulation for Value in the Form of a Letter of Undertaking (Doc. No. 64), dated October 14, 2014, submitted by the American Club as its undertaking for the value of the  Barge B No. 280 in principal amount of $15,000,000 to stand as security for claims asserted in this action is and shall be rescinded, shall be deemed to be fully discharged and shall thereafter be considered to be null and void; and,

IT IS FURTHER ORDERED THAT as to *Power Authority of the State of New York v. M/V ELLEN S. BOUCHARD, and the Barge B No. 280, their engines, apparel, tackle, boats, appurtenances, etc., in rem, and Bouchard Transportation Co., Inc., Motor Tug Ellen S. Bouchard, Inc., and B No. 280 Corp., in personam*, Case No. 1:14-cv-04462 (PAC) all claims asserted by the Plaintiff against the Defendants in this case are dismissed with prejudice and that each party will bear their respective fees and costs; and,

IT IS FURTHER ORDERED THAT in Case No. 1:14-cv-04462 (PAC), the Letter of Undertaking, dated September 11, 2014, provided by the American Club to the Plaintiff in principal amount of $10,000,000 to stand as security for the *in rem* claims asserted in this action is and shall be rescinded, shall be deemed to be fully discharged and shall thereafter be considered to be null and void.

**SO ORDERED.**

_____

UNITED STATES DISTRICT JUDGE

2/9/2021

_____

DATE

2

**SUBMITTED AND CONSENTED TO BY**:

FREEHILL HOGAN & MAHAR, LLP

By: _[signature]_
       John J. Walsh
       Wayne D. Meehan
       Gina M. Venezia
       80 Pine Street
       New York, New York 10005
       Telephone: (212) 425-1900
       Telefax: (212) 425-1901
       E-mail: walsh@freehill.com
                  meehan@freehill.com
                  venezia@freehill.com

*Attorneys for Defendants/Limitation Plaintiffs:*
*Bouchard Transportation Co., Inc., Motor Tug*
*Ellen S. Bouchard, Inc. and B. No. 280*
*Corporation*

COZEN O'CONNOR

By: _[signature]_
       Peter G. Rossi
       45 Broadway, 16th Floor
       New York, NY 10006
       Tel: (212) 509-9400
       E-mail: PRossi@cozen.com

*Attorneys for Limitation Defendants/ Claimants:*
*Princeton Excess & Surplus Lines Insurance*
*Company, Westport Insurance Corporation,*
*Aspen Specialty Insurance Company, Navigators*
*Management Company, Inc., New York on behalf*
*of Lloyd's Syndicates: 1221 Navigators, 4000*
*Pembroke and 2015 Channel and National Union*
*Fire Insurance Company of Pittsburgh, PA.*

HOLLAND & KNIGHT LLP

By: _[signature]_
       James H. Hohenstein
       Vincent J. Foley
       F. Robert Denig
       Clayton J. Vignocchi
       31 West 52nd Street
       New York, New York 10019
       Tel: (212) 513-3200
       Telefax: (212) 385-9010
       E-mail: jim.hohenstein@hklaw.com
                  vincent.foley@hklaw.com
                  robert.denig@hklaw.com
                  clayton.vignocchi@hklaw.com

*Attorneys for Plaintiff/Limitation*
*Defendant/Claimant: Power Authority of the State*
*of New York*

FORAN GLENNON PALANDECH PONZI &
RUDLOFF PC

By: _[signature]_
       James B. Glennon (*pro hac vice*)
       222 North LaSalle Street
       Suite 1400
       Chicago, Illinois 60601
       Tel: (312) 863-5000
       E-mail: jglennon@fgppr.com

-and-

       Peter Billis
       40 Wall Street, 54th Floor
       New York, New York 10005
       Tel: (212) 257-7100
       E-mail: pbillis@fgppr.com

*Attorneys for Limitation Defendants/ Claimants:*
*Associated Electric & Gas Insurance Services*
*Limited, Energy Insurance Mutual Limited, Brit*
*Global Specialty USA and Talbot Underwriting*
*Services (US) Ltd.*

#78337397v1

4